UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA : **ORDER**

vs. :

JOSÉ L. QUESADA, JR. : Case Number: 10-785

This matter having come before the Court on the request of the United States for leave to amend the Information pursuant to Federal Rule of Criminal Procedure 7(e), Paul J. Fishman, United States Attorney for the District of New Jersey (Joyce M. Malliet, Assistant U.S. Attorney, appearing); for good and sufficient cause shown,

IT IS on this 9th day of Nov., 2011,

ORDERED that leave is hereby granted for the United States to amend the Information to strike " Section 844(f)(1)" and to insert "Section 844(i)" in Paragraph 7 of the Information.

_____
HONORABLE JOSÉ L. LINARES
UNITED STATES DISTRICT JUDGE