UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | HONORABLE JOSE L. LINARES<br>UNITED STATES DISTRICT JUDGE |
| | : | CRIMINAL NO. 10-785-01 (JLL) |
| v. | : | |
| | : | **CONSENT ORDER EXTENDING**<br>**VOLUNTARY SURRENDER DATE** |
| JOSE L. QUESADA, JR. | : | |

This matter having been opened to the Court by the Defendant, Jose L. Quesada, Jr., by his attorney, Donald J. McCauley, Esq., Assistant Federal Public Defender and the United States Attorney for the District of New Jersey (Joyce M. Malliet, Esq., Assistant U.S. Attorney appearing) for an Order extending defendant's voluntary surrender date to begin serving his sentence of imprisonment from Janaury 3, 2012 to February 3, 2012 to permit the United States Bureau of Prisons additional time to designate a federal correctional facility at which defendant will serve his sentence of imprisonment, and the Court having considered the arguments of counsel, the consent of the United States Attorney's Office, and for good cause shown;

WHEREFORE IT IS HEREBY ORDERED on this 3rd day of January 2012, that Defendant shall voluntarily surrender to the institution designated by the United States Bureau of Prisons to begin serving his sentence on imprisonment on February 3, 2012.

_____
HONORABLE JOSE L. LINARES
UNITED STATES DISTRICT JUDGE

Consented to:

/s/ *Joyce M. Malliet, Esq.*
_____
Joyce M. Malliet, Esq.
Assistant U.S. Attorney